# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00043-CV

**Richard C. Carter, Appellant**

**v.**

**Raymond Leroy Eiser and Tamara Bauman Eiser, Appellees**

### FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
### NO. 423-8266, THE HONORABLE CHRISTOPHER DARROW DUGGAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Richard C. Carter has filed an unopposed motion to dismiss his appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed on Appellant's Motion

Filed: March 10, 2022